UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

09-34957-D-13L
MASTER ADDRESS LIST
DEBTOR: BETTY PAINTER
JUDGE: HON. R. BARDWIL

FILED 7/20/09 - 9:19 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION     nPas

2009-34957

574CMX

IN RE:  )
Painter, Betty J.  )
  )
  )
  ) Bankruptcy Case No.
  )
  )
  )
_____Debtors.___)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (please check and complete one):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, [required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]

*OR*

☐ typed in scannable format on paper, consisting of ____ pages and listing a total of _____ creditors, [only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]

*OR*

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of ___5 creditors, [required with electronically filed petitions]

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: July 15, 2009

/s/ Betty J. Painter     *Betty Painter*
             Debtor's Signature                                    Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

2

Charles E. Bull Trust
P. O. Box 21
Brooks, CA  95606


Chase
Bank One Card Service
Westerville,, OH  43081


Les Schwab
P. O. Box 667
Prinville, OR  97754


Mr. Robert Boliar
Mr. Dave Takasugi
P. O. Box 2958
Citrus Heights, CA  95611


School Financial Credit
1485 Response Road, Suite 109
Sacramento, CA  95815