09-34957-D-13L
APPLICATION TO PAY INSTALLMENTS
DEBTOR: BETTY PAINTER
JUDGE: HON. R. BARDWIL

FILED 7/20/09 - 9:19 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION    nPas
2009-34957

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re )
)
) Case No.
)
Debtor(s). )
)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Bankruptcy Rule 1006, I (we) apply for permission to pay the filing fee amounting to $ 274.ºº in installments.
2. I am (we are) unable to pay the filing fee except in installments.
3. Until the filing fee is paid in full, I (we) will not make any additional payment or transfer any additional property to an attorney or other person for services in connection with this case.
4. I (we) propose the following terms for the payment of the filing fee:

    $_____ (check one):  ☐ with the filing of the petition OR
                                 ☐ on or before _____

    $_____ on or before _____

    $_____ on or before _____

    $_____ on or before _____

    NOTE: The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I (we) understand that if I (we) fail to pay any installment when due, my (our) bankruptcy case may be dismissed, and I (we) may not receive a discharge of my (our) debts.
6. I (we) further understand that my (our) discharge, or confirmation of any plan, will be delayed until the filing fee is paid in full.

_____         _Betty Painter_ _July 20, 2009_
Signature of Attorney (if any)   Date    Signature of Debtor                Date
                                        (In a joint case, both spouses must sign.)

_____         _____
Name of Attorney  Bar ID Number   Signature of Joint Debtor (if any)   Date

### DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____         _____
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security No. (Required under 11 U.S.C. § 110.)
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person. A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

EDC 2-020 (Rev. 12/07)