2009-34957
FILED
August 24, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002041226

Philip J. Rhodes, SBN 161537
LAW OFFICE OF PHILIP RHODES
P.O. Box 602062
(916) 612-4399
(916) 720-0403 fax
pjrhodes@philrhodeslaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BETTY J. PAINTER,<br><br>          Debtor. | Case No. 09-34957- D-13<br><br>PJR-001<br><br>**ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION FOR APPROVAL OF REFINANCING**<br><br>Date:  September 1, 2009<br>Time:  1:30 p.m.<br>Dept:  D<br>        Judge Robert S. Bardwil<br>        501 I Street, Courtroom 34 |

    Based upon the application of the debtor in this case, and good cause appearing,

    **IT IS HEREBY ORDERED** that the time for notice of a hearing on the debtor's motion for approval of refinancing is hereby shortened to 10 calendar days so that the hearing may be held on September 1, 2009, and the debtor may service notice of the hearing by first class mail.

Date Dated: August 24, 2009

*Robert S. Bardwil* (signature)
Robert S. Bardwil, Judge
United States Bankruptcy Court

RECEIVED
August 22, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002041226